United States District Court
District of Massachusetts

| | |
|---|---|
| BRIAN ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 15-11795-NMG |
| McALLISTER TOWING OF ) | |
| NARRAGANSETT BAY, LLC ) | |
| ) | |
| Defendant. ) | |

ORDER

GORTON, J.

Defendant's emergency motion for a protective order (Docket No. 60) is **DENIED**. Plaintiff will be permitted to conduct the trial deposition of his treating physician as noticed. Such deposition shall be limited in duration to four (4) hours (two hours direct, two hours cross) and plaintiff will be responsible for daily copy expense so that a transcript will be available at trial.

**SO ORDERED**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: November 23, 2016